DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
ASHISH SUDHAKARAN (S.B. # 312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
JADOOTV, INC. and SAJID SOHAIL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No. 2:18-cv-09768-FMO-KS <br><br> **JADOO DEFENDANTS' ANSWER TO COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Defendants JadooTV, Inc. ("JadooTV") and Sajid Sohail ("Sohail") (collectively, "Jadoo Defendants"), by and through their undersigned attorneys, respond to Plaintiff DISH Network L.L.C.'s ("Plaintiff") Complaint (the "Complaint") as follows:

**PRELIMINARY STATEMENT**

1. Jadoo Defendants deny each and every allegation set forth in Paragraph 1.

2. Jadoo Defendants admit that in response to cease and desist letters, JadooTV denied infringement. Jadoo Defendants admit that when Plaintiff complained to JadooTV regarding certain "software files" being used with JadooTV's set-top boxes, JadooTV denied any involvement. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 2.

3. Jadoo Defendants deny each and every allegation set forth in Paragraph 3.

4. Jadoo Defendants deny each and every allegation set forth in Paragraph 4.

5. Jadoo Defendants deny each and every allegation set forth in Paragraph 5.

**PARTIES**

6. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and on that basis deny each and every allegation contained therein.

7. Jadoo Defendants admit that JadooTV is a California corporation, with its principal place of business at 5880 West Las Positas Boulevard Suite 37, Pleasanton, California 94588. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 7.

8. Jadoo Defendants admit that Sohail is an individual residing in Pleasanton, California, and that Sohail is the founder, chief executive officer, and an owner of JadooTV, Inc. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 8.

9. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 regarding Defendant Haseeb Shah's residence and

on that basis deny those allegations. Jadoo Defendants deny the remaining allegations set forth in Paragraph 9.

11. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and on that basis deny each and every allegation contained therein.

11. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and on that basis deny each and every allegation contained therein.

## **JURISDICTION AND VENUE**

12. Jadoo Defendants admit that Plaintiff purports to bring claims pursuant to 17 U.S.C., § 101 *et seq.* Jadoo Defendants admit that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 12.

13. Jadoo Defendants admit that this Court has personal jurisdiction over JadooTV and Sohail. Jadoo Defendants admit that JadooTV and Sohail reside in California, and that JadooTV sells Jadoo set-top boxes to consumers in the United States, including those residing in California. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 13.

14. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and on that basis deny each and every allegation contained therein.

15. Jadoo Defendants admit that JadooTV and Sohail are located in California, and are subject to personal jurisdiction in California. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of East West's residency, and on that basis deny those allegations. Jadoo Defendants deny that, for purposes of this case only, venue is proper in the Central District of California under 28 U.S.C §§ 1391(b)(1), 1391(b)(2), 1391(b)(3), and 1400(a), and Jadoo Defendants reserve the right to contend that the Central District of California is an inconvenient forum and that the Court should transfer the action to the Northern

District of California.  Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 15.

<h2 style="text-align:center">DISH'S (ALLEGED) COPYRIGHTS</h2>

16. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and on that basis deny each and every allegation contained therein.

17. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and on that basis deny each and every allegation contained therein.

18. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and on that basis deny each and every allegation contained therein.

19. Jadoo Defendants admit that Exhibit 1 to the Complaint purports to list copyrighted works with registrations pending with the United States Copyright Office.  Jadoo Defendants admit that Exhibit 2 to the Complaint purports to list copyrighted works that do not have registrations pending with the United States Copyright Office.  Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and on that basis deny those allegations.

20. The allegations contained set forth in Paragraph 20 consist of argument and legal conclusions to which no response is required.  To the extent a response is required, Jadoo Defendants deny each and every allegation set forth in Paragraph 20.

<h2 style="text-align:center">JADOOTV'S (ALLEGED) WRONGFUL CONDUCT</h2>

21. Jadoo Defendants deny each and every allegation of the unnumbered subheading above.  Jadoo Defendants admit that JadooTV sells branded set-top boxes to consumers that can be used to receive television channels.  Jadoo Defendants admit that JadooTV sells set-top boxes directly to consumers and through distributors and retailers.  Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 21.

1      22.     Jadoo Defendants admit that JadooTV promotes its set-top boxes on its official website, *www.Jadootv.com*. Jadoo Defendants admit that the screenshot provided in Paragraph 22 of the Complaint appears similar to the JadooTV website but aver that the websites referred to in Paragraph 22 and Footnote 2 to Paragraph 22 speak for themselves and deny any characterization of those websites that is inconsistent with their meaning when they are read in their entirety and in context. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 22.

23.     Jadoo Defendants deny each and every allegation set forth in Paragraph 23.

24.     Jadoo Defendants admit that JadooTV sells its Jadoo5s set-top box on Jadootv.com for approximately $199. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 24.

25.     Jadoo Defendants admit that users of Jadoo set-top boxes can access television channels through a "Live TV" menu that displays channel logos of television channels. Jadoo Defendants admit that the screenshot provided in Paragraph 25 of the Complaint appears similar to the user interface for a Jadoo 5s device. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 25.

26.     Jadoo Defendants admit that users of Jadoo set-top boxes can access additional media through an "eMedia" menu that displays logos associated with the media. Jadoo Defendants admit that the screenshot provided in Paragraph 26 of the Complaint appears similar to the user interface for a JadooTV set-top box. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 26.

27.     Jadoo Defendants admit that JadooTV promotes the eMedia app as a feature of JadooTV's set-top boxes. Jadoo Defendants admit that the screenshot provided in Paragraph 27 of the Complaint appears similar to the JadooTV website. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 27.

28.     Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the last sentence of Paragraph 28 and on that basis deny those

allegations. Jadoo Defendants deny each and every remaining allegation set forth in Paragraph 28.

29. Jadoo Defendants admit that JadooTV uses Highwinds Network Group Inc. as its content delivery network to provide televisions channels to users of JadooTV's set-top boxes. Jadoo Defendants admit that JadooTV provides an eMedia Content XML Interface guide on its website, Jadootv.com, but aver that the document speaks for itself and deny any characterization of the document that is inconsistent with its meaning when it is read in its entirety and in context. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 29.

### A. Jadoo5s Set-top Boxes are (Allegedly) Pre-configured to Access the Protected Channels.

30. Jadoo Defendants deny the allegations in subheading A above. Jadoo Defendants admit that the Jadoo 5s set-top box is JadooTV's newest model set-top box. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 30.

31. Jadoo Defendants admit that the screenshot provided in Paragraph 31 of the Complaint appears similar to the user interface for a JadooTV set-top box. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 31.

32. Jadoo Defendants admit that the screenshot provided in Paragraph 32 of the Complaint appears similar to the user interface for a Jadoo 5s device. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 32.

### B. Jadoo4 and Jadoo5 Set-top Boxes are (Allegedly) Pre-configured to Access the Protected Channels with Minimal Effort from Jadoo Users.

33. Jadoo Defendants deny the allegations in subheading B above. Jadoo Defendants admit that the Jadoo4 and Jadoo5 are older set-top box models than the Jadoo5S. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 33.

34. Jadoo Defendants deny each and every allegation set forth in Paragraph 34.

- 5 -    JADOO DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 2:18-CV-09768-FMO-KS

35. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 regarding the activities of unidentified "Jadoo Users" and on that basis deny those allegations. Jadoo Defendants deny the remaining allegations set forth in Paragraph 35.

36. Jadoo Defendants admit that Plaintiff sent written notices to JadooTV demanding that JadooTV remove and block SASP channels from Jadoo set-top boxes and that JadooTV responded that JadooTV had not distributed Jadoo set-top boxes containing SASP channels and that JadooTV had taken no part in encouraging or directing users of Jadoo set-top boxes to access SASP or the Protected Channels. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 36.

37. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis deny each and every allegation contained therein.

38. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and on that basis deny each and every allegation contained therein.

39. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 regarding the activities of unidentified "JadooTV support agents," including the screenshot provided in Paragraph 39, and on that basis deny each and every allegation contained therein.

40. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 regarding the activities of unidentified "JadooTV technical support agents," including the screenshot provided in Paragraph 40, and on that basis deny each and every allegation contained therein.

41. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, including the screenshot provided in Paragraph 41, and on that basis deny each and every allegation contained therein.

42. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and on that basis deny each and every allegation contained therein.

43. Jadoo Defendants admit that Plaintiff sent a written notice dated June 28, 2018 to JadooTV demanding that JadooTV remove and block SASP channels from Jadoo set-top boxes and that JadooTV responded that JadooTV had not distributed Jadoo set-top boxes containing SASP channels and that JadooTV had taken no part is encouraging or directing users of Jadoo4 and Jadoo5 set-top boxes to access the SASP or the Protected Channels. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 43.

      **C.    JadooTV (Allegedly) Advertises that it Provides Access to the Television Programs that Appear on the Protected Channels.**

44. Jadoo Defendants deny the allegations in subheading C above. Jadoo Defendants admit that JadooTV promotes its set-top boxes on its website, *www.Jadootv.com*. Jadoo Defendants admit that the screenshot provided in Paragraph 44 of the Complaint appears similar to the JadooTV website but aver that the website referred to in Paragraph 44 and Footnote 5 to Paragraph 44 speaks for itself and deny any characterization of the website that is inconsistent with its meaning when it is read in its entirety and in context. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 44.

45. Jadoo Defendants admit that JadooTV promotes its set-top boxes on its website, *www.Jadootv.com*. Jadoo Defendants admit that the screenshot provided in Paragraph 45 of the Complaint appears similar to the JadooTV website but aver that the website referred to in Paragraph 45 and Footnote 6 to Paragraph 45 speaks for itself and deny any characterization of the website that is inconsistent with its meaning when it is read in its entirety and in context. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 45.

46. Jadoo Defendants admit that JadooTV promotes its set-top boxes on its website, *www.Jadootv.com*. Jadoo Defendants admit that the screenshot provided in Paragraph 46 of the Complaint appears similar to the JadooTV website but aver that the website referred to in

Paragraph 46 and Footnote 7 to Paragraph 46 speaks for itself and deny any characterization of the website that is inconsistent with its meaning when it is read in its entirety and in context. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 46.

47. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis deny each and every allegation contained therein.

### D. JadooTV (Allegedly) Provides Infringing Video on Demand Content.

48. Jadoo Defendants deny the allegations in subheading D above. Jadoo Defendants admit that users of JadooTV set-top boxes can access a video-on demand menu on the set-top boxes. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 48.

49. Jadoo Defendants deny that Defendant Haseeb Shah is an agent of JadooTV. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 49 and on that basis deny those allegations.

50. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 regarding a subpoena from Plaintiff to an unidentified "service provider" and on that basis deny those allegations. Jadoo Defendants admit that the screenshot provided in Paragraph 50 of the Complaint appears to show a photograph posted to Facebook showing Sohail and Defendant Haseeb Shah pictured together among other unidentified individuals at the International Broadcasting Convention held in Amsterdam on September 12, 2016, and a comment on the Facebook page reads "what a team." Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 50.

51. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and on that basis deny each and every allegation contained therein.

52. Jadoo Defendants admit that Sohail attended the International Broadcasting Convention in 2016, and that one photograph contained in Paragraph 50 of the Complaint appears to show Sohail and Defendant Haseeb Shah pictured together among other unidentified individuals at the International Broadcasting Convention held in Amsterdam on September 12, 2016. Jadoo Defendants further admit that a comment on the Facebook page containing the photograph reads "what a team." Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 52 regarding Defendant Haseeb Shah, IDC Resources Pvt Ltd., and Faisal Aftab, and on that basis deny those allegations. The remaining allegations contained set forth in Paragraph 52 consist of argument and legal conclusions to which no response is required. To the extent a response is required, Jadoo Defendants deny those allegations. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 52.

**E. JadooTV (Allegedly) Has a Long History of Copyright Infringement**

53. Jadoo Defendants deny the allegations in subheading E above. Jadoo Defendants admit that JadooTV has received written notices from Plaintiff concerning the (allegedly) Protected Channels and works aired on those channels, to which JadooTV has responded that JadooTV is not committing copyright infringement. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 53.

54. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 regarding four unidentified "people associated with JadooTV" and on that basis deny each and every allegation contained therein. Jadoo Defendants aver that the websites referred to in Paragraph 54 and Footnotes 8 and 9 to Paragraph 54 speak for themselves and deny any characterization of those websites that is inconsistent with their meaning when they are read in their entirety and in context. Jadoo Defendants deny each and every remaining allegation set forth in Paragraph 54.

55. Jadoo Defendants admit that in 2016, JadooTV was sued in the United States in the case *Dunya Holdings Limited v. JadooTV Inc. and Sajid Sohail,* No. 1:16-cv-05713-BMC (E.D.N.Y. Oct. 13, 2016), and the complaint in that case alleged claims for trademark

infringement and copyright infringement involving a channel named Dunya TV. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 55.

56. Jadoo Defendants deny each and every allegation set forth in Paragraph 56.

## EAST WEST'S WRONGFUL CONDUCT

57. Jadoo Defendants admit that JadooTV has authorized Defendant East West to sell and promote Jadoo set-top boxes to consumers in the United States. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set forth in Paragraph 57.

58. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and on that basis deny each and every allegation contained therein.

59. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, including the photograph contained in Paragraph 59, and on that basis deny each and every allegation contained therein.

60. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and on that basis deny each and every allegation contained therein.

61. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, including the photograph contained in Paragraph 61, and on that basis deny each and every allegation contained therein.

62. Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and on that basis deny each and every allegation contained therein.

## (ALLEGED) CLAIMS FOR RELIEF

## COUNT I

**(Alleged) Direct Copyright Infringement Under 17 U.S.C. § 501**

**Against JadooTV, Sohail, and Shah**

63. Jadoo Defendants incorporate by reference all prior paragraphs of this Answer in response to Paragraph 63.

64. The allegations contained set forth in Paragraph 64 consist of argument and legal conclusions to which no response is required. To the extent a response is required, Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and on that basis deny each and every allegation contained therein.

65. The allegations contained set forth in Paragraph 65 consist of argument and legal conclusions to which no response is required. To the extent a response is required, Jadoo Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and on that basis deny each and every allegation contained therein.

66. Jadoo Defendants deny each and every allegation set forth in Paragraph 66.

67. The allegations contained set forth in Paragraph 67 consist of argument and legal conclusions to which no response is required. To the extent a response is required Jadoo Defendants deny each and every allegation set forth in Paragraph 67.

68. The allegations contained set forth in Paragraph 68 consist of argument and legal conclusions to which no response is required. To the extent a response is required Jadoo Defendants deny each and every allegation set forth in Paragraph 68.

69. Jadoo Defendants deny each and every allegation set forth in Paragraph 69.

70. Jadoo Defendants deny each and every allegation set forth in Paragraph 70.

71. Jadoo Defendants deny each and every allegation set forth in Paragraph 71.

## COUNT II

**(Alleged) Inducing and Materially Contributing to Copyright Infringement Under 17 U.S.C. § 501**

**Against JadooTV, Sohail, and East West**

72. Jadoo Defendants incorporate by reference all prior paragraphs of this Answer in response to Paragraph 72.

| | |
|---|---|
| 1 | 73. The allegations contained set forth in Paragraph 73 consist of argument and legal |
| 2 | conclusions to which no response is required. To the extent a response is required Jadoo |
| 3 | Defendants deny each and every allegation set forth in Paragraph 73. |
| 4 | 74. Jadoo Defendants deny each and every allegation set forth in Paragraph 74. |
| 5 | 75. Jadoo Defendants admit that JadooTV sells Jadoo set-top boxes in the United |
| 6 | States. Except as expressly admitted herein, Jadoo Defendants deny each and every allegation set |
| 7 | forth in Paragraph 75. |
| 8 | 76. Jadoo Defendants deny each and every allegation set forth in Paragraph 76. |
| 9 | 77. Jadoo Defendants are without knowledge or information sufficient to form a belief |
| 10 | as to the truth of the allegations in Paragraph 77 regarding Defendant East West and on that basis |
| 11 | deny those allegations. Jadoo Defendants deny the remaining allegations set forth in Paragraph |
| 12 | 77. |
| 13 | 78. Jadoo Defendants deny each and every allegation set forth in Paragraph 78. |
| 14 | 79. Jadoo Defendants deny each and every allegation set forth in Paragraph 79. |
| 15 | 80. Jadoo Defendants deny each and every allegation set forth in Paragraph 80. |
| 16 | 81. Jadoo Defendants deny each and every allegation set forth in Paragraph 81. |
| 17 | 82. Jadoo Defendants deny each and every allegation set forth in Paragraph 82. |
| 18 | 83. Jadoo Defendants deny each and every allegation set forth in Paragraph 83. |
| 19 | 84. Jadoo Defendants deny each and every allegation set forth in Paragraph 84. |
| 20 | 85. Jadoo Defendants deny each and every allegation set forth in Paragraph 85. |

## COUNT III

**(Alleged) Vicarious Copyright Infringement Under 17 U.S.C. § 501**

**Against JadooTV and Sohail (Alternative to Count I)**

| | |
|---|---|
| 24 | 86. Jadoo Defendants incorporate by reference all prior paragraphs of this Answer in |
| 25 | response to Paragraph 86. |
| 26 | 87. Jadoo Defendants deny each and every allegation set forth in Paragraph 87. |
| 27 | 88. Jadoo Defendants deny each and every allegation set forth in Paragraph 88. |
| 28 | 89. Jadoo Defendants deny each and every allegation set forth in Paragraph 89. |

90. Jadoo Defendants deny each and every allegation set forth in Paragraph 90.

91. Jadoo Defendants deny each and every allegation set forth in Paragraph 91.

92. Jadoo Defendants deny each and every allegation set forth in Paragraph 92.

93. Jadoo Defendants deny each and every allegation set forth in Paragraph 93.

## **PRAYER FOR RELIEF**

94. In response to Plaintiff's prayer for relief, Jadoo Defendants deny each and every allegation contained therein and, further, Jadoo Defendants specifically deny that Plaintiff is entitled to any of the relief requested in the Complaint; specifically deny that Plaintiff is entitled to any injunctive relief; specifically deny that Plaintiff has been damaged by any acts of Jadoo Defendants in any way or that Plaintiff is entitled to any damages, statutory damages, or profits; specifically deny that Plaintiff is entitled to attorneys' fees and costs; specifically deny that Plaintiff is entitled to impoundment or disposition under 17 U.S.C. § 503; specifically deny that Plaintiff is entitled to any monetary relief or any pre- and post-judgment interest; and specifically deny that Plaintiff is entitled to any additional relief.

## **AFFIRMATIVE DEFENSES OF JADOO DEFENDANTS**

95. Jadoo Defendants allege the following as separate and affirmative defenses to the Complaint. By virtue of having listed the following defenses, Jadoo Defendants do not assume any legal or factual burden not otherwise assigned to it under the law.

## **FIRST AFFIRMATIVE DEFENSE**

96. Jadoo Defendants have not engaged in any acts that would constitute direct, indirect, or vicarious infringement of any valid claim of copyright, willfully or otherwise.

## **SECOND AFFIRMATIVE DEFENSE**

97. The Complaint fails to state a cause of action against Jadoo Defendants on which relief may be granted.

## **THIRD AFFIRMATIVE DEFENSE**

98. Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

## **FOURTH AFFIRMATIVE DEFENSE**

99. Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, laches, and/or estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

100. Plaintiff's claims are barred by the doctrine of unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

101. Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks injury in fact and lacks standing under Article III of the U.S. Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

102. Any losses or damages allegedly caused by Jadoo Defendants and sustained by Plaintiff are *de minimis*, remote, speculative, or transient and not cognizable at law.

**EIGHTH AFFIRMATIVE DEFENSE**

103. Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to mitigate any of its alleged damages.

**NINTH AFFIRMATIVE DEFENSE**

104. Plaintiff's claims are barred, in whole or in part, because at least certain of the allegedly copyrighted material allegedly accessed is not owned by or registered to Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

105. Plaintiff's claims are barred, in whole or in part, because the alleged copyrighted works fail to comprise copyrightable subject matter, in whole or in part, whether through the doctrine of merger or otherwise.

**ELEVENTH AFFIRMATIVE DEFENSE**

106. Plaintiff's claims are barred, in whole or in part, because the copyright registrations are fraudulent, improper, or invalid.

**TWELFTH AFFIRMATIVE DEFENSE**

107. Plaintiff's claims are barred, in whole or in part, because Jadoo Defendants licensed, explicitly or implicitly, the alleged copyrighted works.

**THIRTEENTH AFFIRMATIVE DEFENSE**

108. Plaintiff's claims are barred, in whole or in part, because the activities of Jadoo Defendants are a fair use of the alleged copyrighted works under Section 107 of the Copyright Act.

## FOURTEENTH AFFIRMATIVE DEFENSE

109. Plaintiff's claims are barred, in whole or in part, on the grounds that Plaintiff misused its copyright in violation of antitrust law and public policy.

## FIFTEENTH AFFIRMATIVE DEFENSE

110. To the extent that Plaintiff's claims of copyright infringement are directed to acts occurring wholly outside the United States, those claims for relief are barred, in whole or in part, by the doctrine of territoriality.

## RESERVATION OF ADDITIONAL DEFENSES

111. Jadoo Defendants reserve the right to assert additional defenses that they learn of through discovery in this action.

## JADOO DEFENDANTS' PRAYER FOR RELIEF

112. Jadoo seeks the following relief:

   a. That Plaintiff take nothing by the Complaint;

   b. That the Complaint be dismissed with prejudice;

   c. That judgement is entered in favor of Jadoo Defendants and against Plaintiff on the claims for relief alleged in Plaintiff's Complaint;

   d. That Jadoo Defendants be awarded their costs of suit and reasonable attorneys' fees and costs in this action under 17 U.S.C. § 505, federal law, and state law;

   e. That Jadoo Defendants be awarded such other and further relief as the Court deems just and proper.

## JADOO DEFENDANTS' DEMAND FOR A JURY TRIAL

Jadoo Defendants demand a trial by jury on all issues so triable.

Dated: February 4, 2019

DARIN W. SNYDER
BILL TRAC
ASHISH SUDHAKARAN
O'MELVENY & MYERS LLP


By: */s/ Darin W. Snyder*
       Darin W. Snyder

Attorneys for Defendants
JadooTV, Inc. and Sajid Sohail