```
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
ASHISH SUDHAKARAN (S.B. # 312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
```

Attorneys for Defendants
JADOOTV, INC., SAJID SOHAIL,
and HASEEB SHAH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>   Plaintiff,<br><br>   v.<br><br>JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT,<br><br>   Defendants. | Case No. 2:18-cv-09768-FMO-KS<br><br>**DEFENDANT JADOO TV, INC.'S SUGGESTION OF BANKRUPTCY** |

   PLEASE TAKE NOTICE that on May 31, 2019, Defendant Jadoo TV, Inc. and related nonparty CloudStream Media, Inc. (jointly, the "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the Northern District of California under Chapter 11 of Title 11 of the United States Code administered under Case Nos. 19-41283 and 19-41284, respectively.

   PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a),

1  the Debtors' filing of voluntary petitions operates as a stay, applicable to all
2  entities, of, among other things:  (a) the commencement or continuation of all
3  judicial, administrative, or other actions or proceedings against the Debtors (i) that
4  were or could have been commenced before the commencement of the Debtors'
5  cases or (ii) to recover any claims against the Debtors that arose before the
6  commencement of the Debtors' cases; (b) the enforcement, against the Debtors or
7  against any property of the Debtors' bankruptcy estate, of a judgment obtained
8  before the commencement of the Debtors' cases; or (c) any act to obtain possession
9  of property of or from the Debtors' bankruptcy estate, or to exercise control over
10 property of the Debtors' bankruptcy estate.

12 Dated:  May 31, 2019                                O'MELVENY & MYERS LLP

14                                                                By:      /s/ Darin Snyder
15                                                                              Darin Snyder

16                                                                Attorneys for Defendant
                                                                       Jadoo TV, Inc.