Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Heidi Kim (CA Bar No. 247699)
Email: heidi@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Fax: 650.362.4151

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> vs. <br><br> JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No. 2:18-cv-09768-FMO-KS <br><br> **DECLARATION OF SAJID SOHAIL IN SUPPORT OF HIS SUPPLEMENTAL BRIEF IN OPPOSITION TO DISH NETWORK L.L.C.'S MOTION TO COMPEL SAJID SOHAIL'S PRODUCTION OF DOCUMENTS** <br><br> Honorable Karen L. Stevenson |

I, Sajid Sohail, declare the following:

1. I am one of the named defendants in the above-entitled action. This declaration is based on my own personal knowledge. If called to testify, I could and would do so competently as to the matters set forth herein. I make this declaration in support of my Supplemental Brief in Opposition to DISH Network, LLC's Motion to Compel Sajid Sohail's Production of Documents.

2. I am the founder, CEO, and President of Defendant JadooTV, Inc. ("JadooTV").

3. I have an agreement with JadooTV in which JadooTV agrees to indemnify me from any legal proceedings. Attached hereto as **Exhibit A** is a true and correct copy of the Indemnification Agreement between me and JadooTV.

4. JadooTV has other officers and employees; however, as I am the CEO and President, I play a key role in the bankruptcy reorganization efforts. I anticipate that that role will take up most of my time with respect to JadooTV.

5. Cloudstream Media, Inc. is the sole owner of JadooTV.

6. I own 81.55% of the common stock of Cloudstream Media, which accounts for 51.72% of the total equity of Cloudstream Media. Attached hereto as **Exhibit B** is a true and correct copy of a Corporate Ownership Statement filed by JadooTV in the United States Bankruptcy Court of the Northern District of California, Case No. 19-41283 ("Bankruptcy Action").

7. I reviewed the document requests propounded to me by Plaintiff. The documents requested relate to areas such as engineering, finances, suppliers, and content, all of which are headquartered in Pakistan. I do not have access, either physically or electronically, to the majority, if not all, of the documents, either here in the United States or in Pakistan. I do not have the login or password information for databases in Pakistan.

8. If there are any responsive documents that are accessible in the United States by Jadoo employees, they are accessible only by the employees that handle that area. For instance, financial documents can be only accessed by JadooTV's CFO. I do not have access to them.

9. The majority of JadooTV's operations exist in Pakistan, not the United States. There are only six JadooTV employees remaining in the United States; the remaining 70 employees are in Pakistan and split between two entities that are separate from JadooTV.

10. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Sajid Sohail in Support of First Day motions and Related Relief, filed in JadooTV's Bankruptcy Action.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 9th day of July, 2019, at Pleasanton, California.

*/s/ Sajid Sohail*
Sajid Sohail