IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>JADOO TV, INC., et al.,<br><br>Defendants. | Case No. 20-cv-01891-CRB<br><br>**ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE** |

Having confirmed local counsel's status, the Court hereby GRANTS the motions to appear pro hac vice (dkts. 158 and 161) for counsel Stephen Ferguson and Joseph Boyle.

**IT IS SO ORDERED.**

Dated: March 27, 2020

CHARLES R. BREYER
United States District Judge