# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C, <br><br> Plaintiff(s) <br> v. <br><br> JADOO TV, INC., et al., <br><br> Defendant(s) | Case No. C 3:20-cv-01891-CRB <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/30/2020        Signed: _____
                                DISH Network L.L.C.

Date: 3/30/2020        Signed: /s/ Stephen M. Ferguson
                                Attorney for DISH Network L.L.C.

---

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*