Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (appearance *pro hac vice*)
joe.boyle@hnbllc.com
Stephen M. Ferguson (appearance *pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorneys for Plaintiff DISH Network L.L.C.

*Additional counsel listed on signature page.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>    Plaintiff,<br><br>    vs.<br><br>JADOO TV, INC., et al.,<br><br>    Defendants. | Case Number: 3:20-cv-01891-CRB<br><br>**DISH NETWORK L.L.C.'S MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER** |

Plaintiff DISH Network L.L.C. ("DISH") files this motion pursuant to Civil L.R. 6-3, requesting that the Court extend two existing deadlines that expire on April 23, 2020.

This case was transferred from the Central District of California on March 18, 2020 (Dkt. 150, 152) and the case was reassigned to this Court (Dkt. 159). The reassignment order vacated all hearing and trial dates, but states "deadlines such as those for ADR compliance and discovery cutoff also remain unchanged." (Dkt. 159.)

April 23, 2020 is the current deadline for both the completion of ADR and fact discovery. (Dkt. 133 at 1:19-2:17). DISH requests that the ADR and fact discovery deadlines be extended so that the parties can continue conducting discovery until the deadlines are reset following the case management conference set for September 11, 2020. (Dkt. 160). Good cause exists for at least three reasons.

First, due to the outbreak of COVID-19, eleven depositions set for March and April were postponed. (Declaration of Stephen M. Ferguson [Ferguson Decl.] ¶ 15.) Significant discovery remains to be completed because, among other reasons, defendants have not yet come into compliance with a discovery order entered before the case was transferred to this Court. (*Id.* ¶¶ 11-13.) The discovery order contained findings that JadooTV has "refus[ed] to produce documents in response to Plaintiff's RFPs" and that "Jadoo has sought at every turn to evade its discovery obligations in this lawsuit." (Dkt. 145 at 7.) The parties are also engaging in ongoing discussions concerning the control over JadooTV work email accounts that JadooTV alleges are not accessible. (Ferguson Decl. ¶ 12.)

Second, counsel for Defendants agreed in an email dated March 24, 2020 to extend discovery at least six months so that discovery could continue pending the case management conference. (*See id.* ¶ 21, Ex. 2.) Defendants' counsel has evaded requests to submit this agreement to the Court in the form of a stipulation. (*Id.* ¶¶ 22-24, Exs. 3-4.)

Third, it would be difficult to conduct ADR without JadooTV producing the documents it has been ordered to produce and with the difficulties involved in arranging for ADR telephonically by April 23, 2020. (*Id.* ¶¶ 11-13; Dkt. 145)

1  For these reasons, DISH respectfully requests the Court order that the deadlines for

2  completion of fact discovery and ADR are extended until further order of this Court.

3

4  Dated: April 18, 2020            Respectfully submitted,

5
                                By: */s/ Stephen M. Ferguson*
6                                    Stephen M. Ferguson (appearance *pro hac vice*)
                                     stephen.ferguson@hnbllc.com
7                                    Timothy M. Frank (California Bar No. 263245)
                                     timothy.frank@hnbllc.com
8                                    Joseph H. Boyle (appearance *pro hac vice*)
                                     joe.boyle@hnbllc.com
9                                    HAGAN NOLL & BOYLE LLC
                                     820 Gessner, Suite 940
10                                   Houston, Texas 77024
                                     Telephone: (713) 343-0478
11                                   Facsimile: (713) 758-0146

12                                   David A. Van Riper (California Bar No. 128059)
                                     dave@vanriperlaw.com
13                                   VAN RIPER LAW
                                     1254 Irvine Blvd., Suite 200
14                                   Tustin, California 92780-3571
                                     Telephone: (714) 731-1800
15                                   Facsimile: (714) 731-1811

16                                   *Attorneys for Plaintiffs DISH Network L.L.C.*

17

18

19

20

21

22

23

24

25

26

27

28