Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 3:20-cv-01891-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY FOR THE HEARING ON THE MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| JADOOTV, INC. and SAJID SOHAIL, | |
| Defendants. | Judge: Hon. Charles R. Breyer<br>Date: Friday, ~~May 22, 2020~~ June 26, 2020<br>Time: 10:00 am Pacific Daylight Time<br>Location: Telephonic appearance requested |

**[PROPOSED] ORDER**

Defendant Sajid Sohail's application to appear telephonically for the hearing on the Motion for Judgment on the Pleadings is GRANTED. All counsel shall arrange a telephonic appearance with Courtcall pursuant to Section D(2) of the Court's General Standing Order.

**IT IS SO ORDERED.**

Dated:   April 20, 2020

THE HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE