Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Fax: 650.362.4151

*Counsel for Defendants
JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 3:20-cv-01891-CRB |
| Plaintiff, | **DEFENDANTS JADOOTV, INC. AND SAJID SOHAIL'S RESPONSE TO DISH NETWORK LLC'S MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER** |
| vs. | |
| JADOOTV, INC., et al., | |
| Defendants. | |

Defendants JadooTV Inc. and Sajid Sohail ("Defendants") submit the following Response to DISH NETWORK LLC's ("Plaintiff") Motion to Extend Deadlines in Scheduling Order ("Motion"). Dkt. No. 170.

This action was recently transferred to the Northern District of California on March 18, 2020 (Dkt. No. 152). Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, the last day to meet and confer regarding ADR deadlines is May 28, 2020, more than one month from now (Dkt No. 153) ("Initial CMC Order"). Defendants will comply with this deadline.

Plaintiff's statement that "April 23, 2020 is the current deadline for both the completion of ADR and fact discovery" is incorrect. As stated in the Initial CMC Order, the ADR deadline is more than one month away, and Defendants have not indicated to Plaintiff any refusal to comply with these deadlines. With regard to the discovery cutoff, Plaintiff correctly points out that Defendants have already agreed to extend discovery at least six months away so that discovery could continue pending the case management conference. As such, Defendants are completely puzzled by the necessity of Plaintiff's Motion other than to create the appearance of a discovery dispute.

Further, Defendants have not "evaded requests to submit this agreement to the Court in the form of a stipulation," and this statement is completely misleading. The Joint Case Management Conference in this case is set for September 11, 2020, and the Joint Case Management Statement is not due until September 4, 2020, more than five (5) months from now. Dkt No. 160. Although Plaintiff's counsel circulated a draft CMC statement to Defendants' counsel with a proposed schedule, this joint statement is not due to be filed until more than five (5) months from now. Rather than submit multiple statements, Defendants wish to conserve the Court's resources and submit one statement on the due date for filing, September 4, 2020. To file one CMC statement now and another one on September 4, 2020 would be an unnecessary duplication of efforts and would only burden the Court's resources that are better spent on more pressing matters. In any event, Defendants have already agreed to extend discovery by six months, so this Motion is

1

frankly a waste of the Court's precious resources, particularly in light of the Court's scheduling challenges COVID-19.

In conclusion, Defendants believe that the Court, not Plaintiff's counsel, should set the case management schedule. The Court should set the case management schedule at the September 11, 2020 CMC in a manner that works best for the Court and its scheduling challenges at that particular time. Defendants will work with Plaintiff's counsel to file a Joint CMC statement on or before September 4, 2020 as ordered by the Court.

Dated: April 22, 2020                               CHAN PUNZALAN LLP

*/s/ Nicole Daryanani*
Nicole Daryanani

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

2

DEFENDANTS JADOOTV, INC.'S AND SAJID SOHAIL'S RESPONSE TO DISH NETWORK LLC'S MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER
Case No. 3:20-cv-01891-CRB