UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 20-cv-01891-CRB(LB) |
| Plaintiff, | |
| v. | **ORDER REGARDING DISCOVERY PROCEDURES AND SCHEDULE** |
| JADOO TV, INC., et al., | Re: ECF No. 173 |
| Defendants. | |

The district judge referred all discovery matters to the undersigned. *See* Order of Reference, ECF No. 173 (referencing ECF Nos. 148, 170).

First, the initial case-management conference is on September 11, 2020. (ECF No. 160). The case was transferred to the Northern District only recently. The parties have agreed to extend discovery by six months. (ECF Nos. 170 at 3, 175 at 2–3). That approach makes sense given the current schedule.

Second, for any discovery disputes, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the

ORDER – No. 20-cv-01891-CRB (LB)

joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: April 23, 2020



_____
LAUREL BEELER
United States Magistrate Judge