Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 3:20-cv-01891-CRB |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION** |
| vs. | |
| JADOOTV, INC. and SAJID SOHAIL, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the office and contact information of Chan Punzalan LLP, Counsel for Defendants JadooTV, Inc. and Sajid Sohail, has changed. The new address and contact information is:

> Chan Punzalan LLP
> 22 Battery Street, Suite 401
> San Francisco, CA 94111

The phone number, fax number, and email addresses remain the same.

Dated:  July 22, 2020                                   Respectfully submitted,

                                                        <u>/s/ Mark Punzalan</u>
                                                        CHAN PUNZALAN LLP

                                                        *Counsel for Defendants*
                                                        *JadooTV, Inc. and Sajid Sohail*