1  Mark Punzalan (CA Bar No. 247599)
   Email: mark@chanpunzalan.com
2  Nicole Daryanani (CA Bar No. 328068)
   Email: nicole@chanpunzalan.com
3  CHAN PUNZALAN LLP
   2000 Alameda de las Pulgas, Suite 154
4  San Mateo, CA 94403
   Telephone: 650.362.4150
5
6  *Counsel for Defendants*
   *JadooTV, Inc. and Sajid Sohail*
7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  DISH NETWORK L.L.C.,                      Case No. 3:20-cv-01891-CRB

12              Plaintiff,                    **DECLARATION OF NICOLE
                                              DARYANANI IN SUPPORT OF
13       vs.                                  MOTION TO DISMISS PURSUANT TO
                                              FEDERAL RULE OF CIVIL
14  JADOOTV, INC. and SAJID SOHAIL,           PROCEDURE 12(b)(6)**

15              Defendants.                   Judge: Hon. Charles R. Breyer
                                              Date: September 25, 2020
16                                            Time: 10:00 a.m. Pacific Time
                                              Location: Telephonic appearance requested
17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION**

I, Nicole Daryanani, declare the following:

1.      I am an attorney for Defendant Sajid Sohail. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to them.

2.      On July 31, 2020 I received the email copied below and attached as **Exhibit 1** from Joe Boyle, one of the attorneys who represents DISH Network L.L.C. in this matter.

Mark and Nicole,

In the Ninth Circuit, Mr. Sohail and Jadoo TV cannot file a motion for judgment on the pleadings until after they file an answer to the amended complaint because a motion under Rule 12(c) is available only after the pleadings are closed. *See Doe v. United States*, 419 F.3d 1058, 1061 (9th Cir. 2005) (where plaintiff filed motion for judgment on the pleadings before an answer was filed, the "motion was premature and should have been denied"); 5C CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1367 (3d ed. 2004) (noting that "the defendant may not move under Rule 12(c) prior to filing an answer").

We request that you withdraw the Rule 12(c) motion and file an answer admitting or denying the allegations in the amended complaint. Please let me know today or Monday if you will withdraw the motion so that we do not unnecessarily begin incurring attorney's fees preparing a response to the premature motion or a motion to strike it.

Best regards,
Joe

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed on August 28, 2020 in Fremont, California.

*/s/ Nicole Daryanani*

DECLARATION OF NICOLE DARYANANI IN SUPPORT OF MOTION TO DISMISS
Case No. 3:20-cv-01891-CRB

# EXHIBIT 1

 Gmail

## Activity in Case 3:20-cv-01891-CRB Dish Network LLC. v. Jadoo TV, Inc. et al Motion for Judgment on the Pleadings

**Joe Boyle** <Joe.Boyle@hnbllc.com>                                                  Fri, Jul 31, 2020 at 8:46 AM
To: "mark@chanpunzalan.com" <mark@chanpunzalan.com>, "office@punzalanlaw.com" <office@punzalanlaw.com>,
"nicole@chanpunzalan.com" <nicole@chanpunzalan.com>
Cc: Stephen Ferguson <Stephen.Ferguson@hnbllc.com>, Timothy Frank <Timothy.Frank@hnbllc.com>

Mark and Nicole,


In the Ninth Circuit, Mr. Sohail and Jadoo TV cannot file a motion for judgment on the pleadings until after they file an answer to the amended complaint because a motion under Rule 12(c) is available only after the pleadings are closed. *See Doe v. United States*, 419 F.3d 1058, 1061 (9th Cir. 2005) (where plaintiff filed motion for judgment on the pleadings before an answer was filed, the "motion was premature and should have been denied"); 5C CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1367 (3d ed. 2004) (noting that "the defendant may not move under Rule 12(c) prior to filing an answer").


We request that you withdraw the Rule 12(c) motion and file an answer admitting or denying the allegations in the amended complaint. Please let me know today or Monday if you will withdraw the motion so that we do not unnecessarily begin incurring attorney's fees preparing a response to the premature motion or a motion to strike it.


Best regards,
Joe


**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Thursday, July 30, 2020 2:11 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:20-cv-01891-CRB Dish Network LLC. v. Jadoo TV, Inc. et al Motion for Judgment on the Pleadings


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered by Daryanani, Nicole on 7/30/2020 at 12:11 PM and filed on 7/30/2020

**Case Name:**          Dish Network LLC. v. Jadoo TV, Inc. et al
**Case Number:**      3:20-cv-01891-CRB
**Filer:**                   Jadoo TV, Inc.
                               Sajid Sohail
**Document Number:** 196

**Docket Text:**
**MOTION for Judgment on the Pleadings filed by Jadoo TV, Inc., Sajid Sohail. Motion Hearing set for 9/4/2020 10:00 AM in San Francisco, Courtroom 06, 17th Floor before Judge Charles R. Breyer. Responses due by 8/13/2020. Replies due by 8/20/2020. (Attachments: # (1) Proposed Order)(Daryanani, Nicole) (Filed on 7/30/2020)**


**3:20-cv-01891-CRB Notice has been electronically mailed to:**

Benjamin Mathes Haber      bhaber@omm.com

Darin W Snyder      dsnyder@omm.com

David A Berstein      david@bersteinlaw.com

David A Van Riper      dave@vanriperlaw.com

David Michael Korn      david.korn@hnbllc.com, aleksandra.ames@hnbllc.com

Jeffrey S Kravitz      jkra1@aol.com

John Dimuzio , Jr      jr@bersteinlaw.com

Joseph H Boyle      joe.boyle@hnbllc.com

Mark Punzalan      mark@chanpunzalan.com, office@punzalanlaw.com

Nicole Nacpil Daryanani      nicole@chanpunzalan.com

Shinhong Byun      shinhong@chanpunzalan.com, shinhongbyun@gmail.com

Stephen Matthew Ferguson      stephen.ferguson@hnbllc.com, Aleksandra.ames@hnbllc.com, christina.brewer@hnbllc.com, crista.kettler@hnbllc.com

Timothy M Frank      timothy.frank@hnbllc.com

[Quoted text hidden]