UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-01891-CRB <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Virginia K. DeMarchi for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: March 31, 2021

_____
CHARLES R. BREYER
United States District Judge