Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (appearance *pro hac vice*)
joe.boyle@hnbllc.com
Stephen M. Ferguson (appearance *pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorneys for Plaintiff DISH Network L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., | Case Number: 3:20-cv-01891-CRB (LB) |
| Plaintiff, | **DECLARATION OF STEPHEN M. FERGUSON** |
| vs. | Hon. Laurel Beeler |
| JADOO TV, INC., et al., | |
| Defendants. | |

I, STEPHEN M. FERGUSON, of Houston, Texas declare as follows:

1.  I am an attorney with the firm of Hagan Noll & Boyle LLC ("HNB"), counsel for Plaintiff DISH Network L.L.C. ("DISH"). I am licensed to practice in Texas, admitted pro hac vice for purposes of representing DISH in this case, and I am DISH's lead counsel. I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration is filed in support of DISH's discovery letter brief requesting a second order compelling Defendants' lead counsel, Mark Punzalan, to meet and confer by telephone within ten days of the Court's order.

2.  Attached as **Exhibit 1** is a true and correct copy of a meet and confer letter that I sent to Defendants' counsel on July 28, 2022, including the issue of Defendants' failure to produce Haseeb Shah's ("Shah") emails. (Ex. 1 at 5-7.) Attached as **Exhibit 2** is a true and correct copy of the email that I sent to Defendants' counsel on July 28, 2022, attaching the meet and confer letter.

3.  Attached as **Exhibit 3** is a true and correct copy of an email that I received from Mr. Punzalan on August 3, 2022, canceling a scheduled meet and confer call for that day.

4.  Attached as **Exhibit 4** is a true and correct copy of Defendant's letter dated August 19, 2022, responding to DISH's meet and confer letter dated July 28, 2022.

5.  Attached as **Exhibit 5** is a true and correct copy of emails that I sent to Mr. Punzalan on August 31, 2022 and September 6, 2022, requesting a telephone meet and confer with him concerning Shah's email account, and Mr. Punzalan's responses on September 6, 2022 and September 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2022.

> */s/ Stephen M. Ferguson*
> Stephen M. Ferguson