Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
A. Chowning Poppler (CA Bar No. 272870)
Email: chowning@chanpunzalan.com
Lawrence Ng (CA Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> vs. <br> JADOO TV, INC., and SAJID SOHAIL, <br><br> Defendants. | Case No. 3:20-cv-01891-CRB (LB) <br><br> **DECLARATION OF A. CHOWNING POPPLER** |

I, A. CHOWNING POPPLER, declare as follows:

1. I am an attorney with the law firm of Chan Punzalan LLP, counsel for Defendants Jadoo TV, Inc. and Sajid Sohail. I am a member in good standing and licensed to practice law in California. I am admitted to practice in this Court. I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Sadia Sohail dated November 1, 2022.

3. Attached as Exhibit B is a true and correct copy of an Affidavit from Awais Zafar Malik dated August 7, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

///

DECLARATION OF A. CHOWNING POPPLER

Executed in Santa Cruz, California on November 2, 2022.

_____
A. Chowning Poppler

# EXHIBIT A

Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
A. Chowning Poppler (CA Bar No. 272870)
Email: chowning@chanpunzalan.com
Lawrence Ng (CA Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111

*Counsel for Defendants
JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> vs. <br> JADOO TV, INC., and SAJID SOHAIL, <br><br> Defendants. | Case No. 3:20-cv-01891-CRB (LB) <br><br> **DECLARATION OF SADIA SOHAIL** |

I, SADIA SOHAIL, of Pleasanton, California declare as follows:

1. I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein.

2. I am not a party to this action. My education and professional background are in interior design. From 2003 to 2008, I was an interior designer for Ethan Allen. I am not a technical person.

3. Sajid Sohail is my husband. He founded Jadoo TV in 2008. I am a director and shareholder of Jadoo TV (I have less than 10% equity).

4. Between 2008 and 2019, I was Jadoo TV's Chief Operating Officer. This was a ceremonial title as I was the office manager and handled the operations of the company in the form of shipping, receiving, returns handling, and office administration. I would occasionally

| | |
|---|---|
| 1 | deal with a customer support issue if the customer asked to speak with a manager about a refund. |
| 2 | Two full-time employees assisted me with shipping, receiving, and returns. |

5. I also provided feedback to my husband and the marketing department about the colors and aesthetics of promotional materials.

6. Awais Malik did not report to me. I occasionally spoke with him over the phone about what my female friends told me was popular to watch on demand.

7. I did not supervise the design or development of Jadoo set-top boxes, mobile applications, or the eMedia application. Similarly, I did not design or develop the Jadoo set-top boxes, mobile applications, or the eMedia application.

8. I did not supervise, select, source, store, or transmit channels that were available on Jadoo TV. I did not have control over computer servers that were used to transmit allegedly copyrighted programs.

9. I was not involved in sales and I did not sell Jadoo TV set-top boxes, nor did I have a role in authorizing, instructing, or providing users with access to the channels available on Jadoo TV set-top boxes and mobile applications.

10. In light of the foregoing, I do not have knowledge about the technology, transmission, or sales of Jadoo TV channels which are the subject matters of this copyright infringement action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on November 1, 2022.

_Sadia Sohail_
Sadia Sohail

# EXHIBIT B




## AFFIDAVIT

I, Awais Zafar Malik son of Zafar Iqbal Malik, Resident of I-10/2, Islamabad, Pakistan do hereby without any coercion or under influence solemnly affirm and declare as under:

I held the role of Content Curation Manager for the JadooTV Project from January 1st, 2015 to September 30th, 2019 at IDC Resources (Private) Limited ("IDC". During my time at IDC, I reported directly to Mr. Sajid Sohail, Sadia Sohail and coordinated frequently with Fred Missaghi based on my scope of work. Neither I nor my team members on the JadooTV Project reported to Mr. Faisal Aftab as he was not involved in the project operations on a day-to-day basis.

The scope of the work for the Content Curation Team was bookmaking of Publically Available YouTube and Daily Motion Video Links as well as EROS Now Movie & Content Links. The scope of the work on the JadooTV Project never entailed any services in any capacity related to SASP, eMedia, Protected Channels or Protected Channel VOD.

That facts contained in my above statement are true and correct and within my personal knowledge.

Dated: August 7th, 2020

_____
Awais Zafar Malik
DEPONENT

On this 7th day of August, 2020 before me the undersigned notary public personally appeared, Mr.. Awais Zafar Malik personally known or proved to me through satisfactory evidence of identification to be the person(s) whose name(s) is/are signed on the proceeding or attached document and acknowledge to me that he/she/they signed it voluntary for its stated purpose.

Signature of my Notary Public

**ATTESTED**
ASAD ABBAS JAFRI
NOTARY PUBLIC
ISLAMABAD

Exhibit 11



802
07-08-2020

Awais Zafar Malik son of Zafar Iqbal Malik, Resident of I-10/2, Islamabad, CNIC No. 61101-8617127-1

**<u>AFFIDAVIT</u>**