Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
A. Chowning Poppler (State Bar No. 272870)
Email: chowning@chanpunzalan.com
Jin Im-Saeteurn (CA Bar No. 266810)
Email: jin@chanpunzalan.com
Lawrence Ng (CA Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150

*Counsel for Defendants
JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 3:20-cv-01891-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| JADOOTV, INC. and SAJID SOHAIL, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jin Im-Saeteurn of Chan Punzalan LLP will be appearing on behalf of Defendants JadooTV, Inc. and Sajid Sohail in this matter. Ms. Im-Saeteurn is a member of the State Bar of California and is admitted to practice in the Northern District of California. Ms. Im-Saeteurn's email address and mailing address are listed in the caption.

| | |
|---|---|
| Dated: December 12, 2022 | Respectfully submitted, |
| | */s/ Jin Im-Saeteurn* <br> CHAN PUNZALAN LLP |
| | *Counsel for Defendants* <br> *JadooTV, Inc. and Sajid Sohail* |