Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Jin Im-Saeteurn (State Bar No. 266810)
Email: jin@chanpunzalan.com
A. Chowning Poppler (State Bar No. 272870)
Email: chowning@chanpunzalan.com
Lawrence Ng (State Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> vs. <br> JADOOTV, INC. and SAJID SOHAIL, <br><br> Defendants. | Case No. 3:20-cv-01891-CRB <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT SAJID SOHAIL'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED <br><br> Date: April 21, 2023 <br> Time: 10:00 a.m. <br> Dept: Courtroom 6, 17th Floor <br> Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Defendant Sajid Sohail moved the Court for an order to file under seal certain documents contained in his Motion for Summary Judgment, Or, in the Alternative, Summary Adjudication (the "Summary Judgment Motion") filed on March 13, 2023. These documents appear in Exhibits 7 and 8 to Chowning Poppler's Declaration in support of Sohail's Summary Judgment Motion, and in Exhibits A and B to Sohail's March 13, 2023 Administrative Motion To Consider Whether Another Party's Material Should Be Sealed. After considering the papers filed by the parties and the evidence of record and for good cause shown, the Court rules as follows:

| ECF or Exhibit | Document | Portion(s) to be Sealed | Order of the Court |
|---|---|---|---|
| Ex. 7 to Declaration of Chowning Poppler in support of Sohail's Summary Judgment Motion filed on March 13, 2023.<br><br>Ex. A to this Motion to Seal filed on March 13, 2023. | "Exhibit 2 – Report on of Lost Subscribers (Freetvall - No Redactions).pdf" which was listed as a source in Exhibit B as a document Ms. Thompson consulted in preparing the Expert Report of Susan K. Thompson, CPA/CFF for DISH. | The entire unredacted document. | |
| Ex. 8 to Declaration of Chowning Poppler in support of Sohail's Summary Judgment Motion filed on March 13, 2023.<br><br>Ex. B to this Motion to Seal filed on March 13, 2023. | "Exhibit 2 - Report of Lost Subscribers.pdf" which was listed as a source in Exhibit B as a document Ms. Thompson consulted in preparing the Expert Report of Susan K. Thompson, CPA/CFF for DISH | The entire unredacted document. | |

**IT SO ORDERED.**

DATED: __March 14__, 2023

_____
Hon. Charles R. Breyer
Senior United States District Judge

---

1

[PROPOSED] ORDER GRANTING DEFENDANT SAJID SOHAIL'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED