1  Timothy M. Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
2  Joseph H. Boyle (appearance *pro hac vice*)
   joe.boyle@hnbllc.com
3  Stephen M. Ferguson (appearance *pro hac vice*)
   stephen.ferguson@hnbllc.com
4  HAGAN NOLL & BOYLE LLC
5  820 Gessner, Suite 940
   Houston, Texas 77024
6  Telephone: (713) 343-0478
   Facsimile: (713) 758-0146
7
8  David A. Van Riper (California Bar No. 128059)
   dave@vanriperlaw.com
9  VAN RIPER LAW
   1254 Irvine Blvd., Suite 200
10 Tustin, California 92780-3571
   Telephone: (714) 731-1800
11 Facsimile: (714) 731-1811
12
   Attorneys for Plaintiff DISH Network L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-01891-CRB (LB) <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S MOTION TO SEAL EXHIBIT 7 AND 8 TO THE DECLARATION OF CHOWNING POPPLER <br><br> Judge: Hon. Charles R. Breyer |

Having considered DISH Network L.L.C.'s ("DISH") Motion to Seal Exhibits 7 and 8 to the Declaration of Chowning Poppler (ECF 243-9, 243-10), and finding good cause, DISH's Motion to Seal Exhibits 7 and 8 to the Declaration of Chowning Poppler is GRANTED, and Exhibits 7 and 8 shall be sealed as follows:

| Exhibit | Document | Portion(s) to be Sealed | Order of the Court |
|---|---|---|---|
| Ex. 7 to Declaration of Chowning Poppler in support of Sohail's Summary Judgment Motion filed on March 13, 2023. | "Exhibit 2 – Report on of Lost Subscribers (Freetvall – No redactions).pdf" which was listed as a source in Exhibit B as a document Ms. Thompson consulted or received in preparing the Expert Report of Susan K. Thompson, CPA/CFF for DISH. | The subscriber numbers currently redacted in Ex. 7 to the Declaration of Chowing Poppler. (ECF 243-9) | |
| Ex. 8 to Declaration of Chowning Poppler in support of Sohail's Summary Judgment Motion filed on March 13, 2023. | "Exhibit 2 - Report of Lost Subscribers.pdf" which was listed as a source in Exhibit B as a document Ms. Thompson consulted or received in preparing the Expert Report of Susan K. Thompson, CPA/CFF for DISH. | The subscriber numbers currently redacted in Ex. 8 to the Declaration of Chowing Poppler. (ECF 243-10) | |

IT IS SO ORDERED.

Dated: ___March 17_____, 2023

_____
Hon. Charles R. Breyer
United States District Court Judge