Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Jin Im-Saeteurn (State Bar No. 266810)
Email: jin@chanpunzalan.com
A. Chowning Poppler (State Bar No. 272870)
Email: chowning@chanpunzalan.com
Lawrence Ng (State Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150

*Counsel for Defendants
JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>            Plaintiff,<br>      vs.<br><br>JADOOTV, INC. and SAJID SOHAIL,<br><br>            Defendants. | Case No. 3:20-cv-01891-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTIONS TO EXCLUDE REBUTTAL EXPERTS' TESTIMONY**<br><br>Date: June 9, 2023<br>Time: 10:00 am<br>Dept: 6<br>Judge: Hon. Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff DISH Network, L.L.C. ("DISH" or "Plaintiff") and Defendants JadooTV, Inc. and Sajid Sohail ("Defendants") (collectively, the "Parties") submit this stipulation requesting that the Court (1) extend the Parties' deadlines to file oppositions and replies to their respective motions for summary judgment, and (2) to extend the deadlines to file oppositions and replies to DISH's motions to exclude Defendants' rebuttal experts' testimony. These extensions will not impact the hearing date on these motions, which is currently set for June 9, 2023, at 10:00 a.m.

## I.   RECITALS

The Parties filed motions for summary judgment on Monday, March 13, 2023 (ECF Nos. 242 and 243), in accordance with the Parties' Joint Case Management Statement and Order (ECF No. 218).

Pursuant to Civil Local Rule 7-3(a), the Parties' oppositions to their respective summary judgment motions are currently due on Monday, March 27, 2023. Pursuant to Civil Local Rule 7-3(c), the Parties' replies are due on Monday, April 3, 2023.

On Wednesday, March 15, 2023, DISH filed two motions to exclude the expert rebuttal testimony of Defendants' rebuttal experts Dr. Groves and Ms. Loer (ECF Nos. 247 and 248).

Pursuant to Civil Local Rule 7-3(a), Defendants' oppositions to DISH's motions to exclude are due on Wednesday, March 29, 2023. Pursuant to Civil Local Rule 7-3(c), DISH's replies are due on Wednesday, April 5, 2023.

The Court reset the hearing date for the summary judgment motions and the motions to exclude to Friday, June 9, 2023 at 10:00 am (ECF Nos. 246 and 249).

On Thursday, March 16, 2023, Defendants' counsel emailed DISH's counsel requesting that the briefing schedule be extended to give Defendants adequate time to review and respond to DISH's voluminous motion for summary judgment, which included supporting documents and exhibits totaling nearly 5,400 pages (Poppler Decl. at ¶4). Defendants' counsel also requested that the motions to exclude briefing occur after summary judgment briefing is completed (*Id.*).

On Friday, March 17, 2023, DISH's counsel proposed a revised schedule to accommodate vacation travel plans and explained why the motions to exclude should be briefed simultaneously with the motions for summary judgment (Poppler Decl. at ¶5). Defendants' are amenable to DISH's proposal (*Id.*).  The Parties now request that deadlines related to the Parties' motions for summary and DISH's motions to exclude be extended as follows:

| EVENT | ORIGINAL DATE | AGREED UPON DATE |
|---|---|---|
| Oppositions to Motions for Summary Judgment | March 27, 2023 | April 13, 2023 |
| Replies to Motions for Summary Judgment | April 3, 2023 | April 20, 2023 |
| Defendants' Oppositions to Plaintiff's Motions to Exclude | March 29, 2023 | April 13, 2023 |
| Plaintiff's Replies in support of its Motions to Exclude | April 5, 2023 | April 20, 2023 |

(Poppler Decl. at ¶6).

There have not been any time modifications in this case, whether by stipulation or Court order (Poppler Decl. at ¶7).

These extensions should not have an impact on the schedule of the case as the dates for the final pre-trial conference and trial have not yet been set (ECF No. 218; Poppler Decl. at ¶8). In addition, these modifications should not have an impact on the date these motions are scheduled to be heard on June 9, 2023.  All of the briefing will be completed well in advance of the hearing (Poppler Decl. at ¶9).

**II.     STIPULATION**

Pursuant to the forgoing recitals, and subject to the Court's approval, the Parties stipulate and agree as follows:

- The Parties' oppositions to motions for summary judgment shall be filed on April 13, 2023.
- The Parties' replies to motions for summary judgment shall be filed on April 20, 2023.
- Defendants' Oppositions to Plaintiff's Motions to Exclude shall be filed on April 13, 2023.

- Plaintiff's Replies in support of its Motions to Exclude shall be filed on April 20, 2023.

IT IS SO STIPULATED.

Dated: March 17, 2023

/s/ Chowning Poppler
A. Chowning Poppler
chowning@chanpunzalan.com

Mark Punzalan
mark@chanpunzalan.com
Jin Im-Saeteurn
jin@chanpunzalan.com
Lawrence Ng
lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: (415) 839-0063

*Attorneys for Defendants JadooTV, Inc. and Sajid Sohail*

Dated: March 17, 2023

/s/ Stephen M. Ferguson
Stephen M. Ferguson (admitted *pro hac vice*)
stephen.ferguson@hnbllc.com

Timothy M. Frank (State Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (admitted *pro hac vice*)
joe.boyle@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (State Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

*Attorneys for Plaintiffs DISH Network L.L.C.*

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTIONS TO EXCLUDE REBUTTAL EXPERTS' TESTIMONY

**FILER'S ATTESTATION**

Pursuant to Local Civil Rule 5-1(h)(3), I, A. Chowning Poppler, attest that concurrence in the filing of this document has been obtained from the signatory above.

Dated:  March 17, 2023                                     CHAN PUNZALAN LLP

                                                           By:/s Chowning Poppler
                                                              A. Chowning Poppler

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing, the deadlines related to the Parties' motions for summary and DISH's motions to exclude are extended as follows:

- The Parties' oppositions to motions for summary judgment shall be due on April 13, 2023.
- The Parties' replies to motions for summary judgment shall be due on April 20, 2023.
- Defendants' Oppositions to Plaintiff's Motions to Exclude shall be due on April 13, 2023.
- Plaintiff's Replies in support of its Motions to Exclude shall be due on April 20, 2023.

IT IS SO ORDERED.

Dated:  _____

                                                           Hon. Charles R. Breyer
                                                           Senior United States District Judge