|   |   |
|---|---|
| 1 | Mark Punzalan (State Bar No. 247599) |
| 2 | Email: mark@chanpunzalan.com |
|   | Jin Im-Saeteurn (State Bar No. 266810) |
| 3 | Email: jin@chanpunzalan.com |
|   | A. Chowning Poppler (State Bar No. 272870) |
| 4 | Email: chowning@chanpunzalan.com |
|   | Lawrence Ng (State Bar No. 328082) |
| 5 | Email: lawrence@chanpunzalan.com |
| 6 | CHAN PUNZALAN LLP |
|   | 22 Battery Street, Suite 401 |
| 7 | San Francisco, CA 94111 |
|   | Telephone: 650.362.4150 |

*Counsel for Defendants*
*JadooTV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DISH NETWORK L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JADOOTV, INC. and SAJID SOHAIL,<br><br>　　　　　Defendants. | Case No. 3:20-cv-01891-CRB-LB<br><br>**DECLARATION OF A. CHOWNING POPPLER IN SUPPORT OF DEFENDANT SAJID SOHAIL'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Date: June 9, 2023<br>Time: 10:00 am<br>Dept: 6<br>Judge: Hon. Charles R. Breyer |
|---|---|

I, A. Chowning Poppler, declare the following:

1. I am an attorney duly licensed to practice law in the State of California. I am admitted to practice in the Northern District of California. I am Senior Counsel at the law firm of Chan Punzalan LLP, counsel of record for Defendants JadooTV, Inc. and Sajid Sohail ("Defendants") in this litigation.

2. This declaration is being submitted in support of Defendant Sajid Sohail's Reply In Support of Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication.

3. The statements made in the declaration are based on the knowledge I acquired in the performance of my duties as counsel for Defendants. If called to testify, I could and would do so competently as to the matters set forth herein.

4. Attached as **Exhibit 1** is a true and correct copy of excerpts from the January 27, 2022 deposition transcript of JadooTV's 30(b)(6) designee Sajid Sohail.

5. Attached as **Exhibit 2** is a true and correct copy of a November 21, 2022 letter I sent to counsel for DISH regarding advice of counsel in part 1 of the letter which states: "Defendants stipulate that they will not seek to introduce communications with their attorneys regarding their response to the alleged infringement at trial to support any good faith compliance defense."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 20th day of April 2023 in Santa Cruz, California.

_____
Chowning Poppler