# EXHIBIT 1

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   DISH NETWORK L.L.C.,

6        PLAINTIFF,

7

8   V.                    CASE NO.  3:20-cv-01891-CRB (LB)

9

10  JADOOTV, INC., ET AL.,

11       DEFENDANTS.

12

13

14

15

16  DEPONENT:   30(B)(6) DEPOSITION OF JADOOTV, INC.

17             SAJID SOHAIL

18

19  TAKEN:     JANUARY 27, 2022

20

21  REPORTER: DANNIELLE COPELAND, REGISTERED DIPLOMATE
    REPORTER, CERTIFIED REALTIME REPORTER
22

    STENOGRAPHICALLY REPORTED REMOTELY VIA ZOOM
23  VIDEOCONFERENCE

24

25  JOB NUMBER 203710

1   A.      How does it benefit Jadoo?
2           I'm not sure.
3           I mean, you're saying number of -- increased
4   number of channels would benefit Jadoo?
5           Of course, if those channels were channels that
6   people want to watch.
7       Q.  So if eMedia provides access to channels
8   that people want to watch, it benefits Jadoo, correct?
9               MS. BYUN:  Objection, mischaracterization.
10              THE WITNESS:  It's one of the features
11  among many others that Jadoo was providing.  Some
12  people may use it; some may not.
13              Does it increase the sale?  I don't
14  think -- I don't know.  We never measured.
15      Q.  What happened to Jadoo's sales when the
16  eMedia app was removed from Jadoo boxes?
17          Did Jadoo's sales decline?
18      A.  Jadoo's sales declined for a number of
19  reasons since -- since the -- since the lawsuit.
20      Q.  And what are those reasons that caused
21  Jadoo's sales to decline?
22      A.  The scare tactics that you guys used in
23  sending hundreds of subpoenas to small Mom-and-Pop
24  shops that don't know how to defend against them.
25          They all stopped carrying our product.

Page 193

1    Q.    Did the removal of the eMedia app impact
2  sales of Jadoo service?
3    A.    I don't know that because I don't even know
4  what channels were available and what people were doing
5  with it.
6        We decided to remove it because of the -- all the
7  issues that we were having to deal with -- in regarding
8  about the lawsuit.
9    Q.    And when you removed the eMedia app, you
10 didn't notice what was happening to Jadoo's sales?
11   A.    No.
12       Jadoo's sales had gone way down before.
13   Q.    There wasn't a loss of -- of sales
14 following the removal of the eMedia app?
15            MS. BYUN:  Objection, asked and answered.
16            THE WITNESS:  Yeah, I've already answered.
17            There was, but I don't -- I don't know
18 exactly what it was.
19   Q.    There was a reduced -- reduction in sales,
20 but you don't know the reason for the reduction in
21 sales; is that what you're saying?
22   A.    I don't have anything to attribute to it
23 other than those thing that I mentioned first.
24   Q.    Did Jadoo receive complaints from users
25 when the eMedia app was removed?

1        Q.     But that app was developed for Jadoo's use

2   and use only, as far as your -- you -- as far as you

3   know?

4        A.     Yes.

5        Q.     Are you aware that there's a document

6   called a third-party channels XML API guide that showed

7   users how to create eMedia XMLs?

8               MS. BYUN:  Objection, lack of foundation.

9               THE WITNESS:  I'm aware that they use a

10  document on their website that explains how people do

11  that.

12       If that's the document -- if that's what it's

13  called, I don't know.

14       Q.     Do you know who created that document?

15       A.     Again, the team in Pakistan did.

16       Q.     Who -- who drafted that document?

17       A.     I don't know that it was one person.

18       It's probably several people, whether it was

19  Faisal or Wasif or Faisal Mehmood or the engineer who

20  wrote it or -- I just don't know.

21       Q.     Who provided that document to Jadoo?

22       A.     It was uploaded by them.  They manage the

23  website also.

24       Q.     Is there a manager that would have been in

25  charge of creating that document?

```
 1       A.      Not that I'm aware of.
 2       Q.      So you have no idea who created that
 3   document?
 4       A.      I'm saying it's the team there.  I just
 5   don't know exactly who.
 6       Q.      Who approved that document for posting on
 7   Jadoo's website?
 8       A.      Nobody.
 9       Q.      Did you review that document before it was
10   put on Jadoo's website?
11       A.      No.
12       Still haven't seen it.  I don't know what you're
13   talking about.
14       Q.      What is an XML file?
15       A.      It's a file with XML syntax in it.
16       I just -- I'm not a software guy.
17       Q.      Does it have -- have to do with storage of
18   files, including live streams of channels and VOD?
19       A.      Are you talking about XML file in general
20   or specific?
21       Q.      Does the XML file point to the location of
22   live streams of channels or VOD content?
23       A.      Yes.
24       That's the XML -- Jadoo XML file, if that's the
25   one you're referring to.
```