# EXHIBIT 2

# CHAN + PUNZALAN

A. Chowning Poppler
Email: chowning@chanpunalan.com
Direct: 415.287.3305

November 21, 2022

**VIA EMAIL ONLY**

Stephen M. Ferguson
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, Texas 77024
Email: Stephen.Ferguson@hnbllc.com

**Re:** *DISH Network L.L.C. v. Jadoo TV, Inc. et al.*, Case No. 3:20-cv-01891-CRB (LB) (N.D. Cal.)

Dear Mr. Ferguson:

On behalf of Defendants JadooTV and Sajid Sohail, we write to address outstanding discovery issues as well as to provide additional information in accordance with the Court's November 10, 2022 discovery order (the "Order") (ECF No. 229).

   1. **Advice of Counsel**

Defendants stipulate that they will not seek to introduce communications with their attorneys regarding their response to the alleged infringement at trial to support any good faith compliance defense.

   2. **Depositions**

Defendants have confirmed that Mrs. Sadia Sohail is available for a remote deposition on December 6, 2022 at 9:00 am (PT), and Ms. Sonya Sohail is available for a remote deposition on December 8, 2022 at 6:00 am (PT). In light of Ms. Sonya Sohail's role as JadooTV's General Counsel and Defendants' stipulation above, please specify the non-privileged topics you intend to ask Ms. Sohail at her deposition. If her deposition is no longer necessary, please let us know as soon as possible.

///

**CHAN + PUNZALAN**

3. **Documents regarding Revenues, Costs, Subscribers, and Payments through October 2022**

In accordance with the Court's Order, Defendants are searching for and will produce documents regarding post-infringement profits and revenues and payments to Sohail family members in response to DISH's Interrogatory Nos. 4-5 and Requests for Production of Documents 128 – 140.

4. **Supplementing Discovery Responses**

As requested in your October 7, 2022, meet and confer letter Defendants have reviewed their responses to DISH's Interrogatories Nos. 1, 4–7, 11, and 14 as well as Requests for Production Nos. 106-107, 112, and 120–122.

Regarding Interrogatory No. 1, Defendants' Amended Response identifying Faisal Abdullah and Ahsan Salahuddin continues to be accurate. Additional roles regarding manufacture, distribution, marketing, sales, customer support, or network design of the Jadoo Box or Jadoo Service are also described in Defendants' Supplemental Disclosures.

Regarding Interrogatory Nos. 4–6, DISH requested that Defendants identify responsive documents. For Interrogatory No. 4, regarding JadooTV's monthly and annual unit and dollar sales in the United States, responsive documents include:

- Spreadsheet of box revenue sales Jan. 2016 – Oct. 2019 (JAD001655);
- Spreadsheet of merchandise U.S. revenue sales Jan. 2016 – Oct. 2019 (JAD002541);
- Spreadsheets of sales by California region and registrations of units in U.S. and California from 2015 – 2018 (JAD002322);
- Spreadsheet of balance sheets and income statements with merchandise sales 2014 – 2020 (JAD009057);
- Balance sheets and profit and loss statements with merchandise sales 2015 – 2018 (JAD009058–9062; JAD009088–9091; JAD009096–9099; JAD009120–9123);
- Spreadsheet of Jadoo cash detail March 2019 – May 2019 with merchandise sales (JAD009056);
- 2018 – 2019 business summary and financial forecast with sales history (JAD001099).

Defendants are searching for documents to supplement this production to include the post-infringement time period through October 2022, in accordance with the Court's Order. Defendants are also searching for revenue reports for mobile application subscriptions.

For Interrogatory No. 5, regarding JadooTV's monthly and annual advertising revenue, responsive documents include:

**CHAN +
PUNZALAN**

- Spreadsheet showing U.S. ad revenue and ad revenue monthly postings from Jan. 2015 – Aug. 2022 (JAD022691);
- Email with a spreadsheet of 2018 monthly ad revenue attached to it (JAD001399 –1401);
- Spreadsheet showing ad and product revenues for 2016 and 2017 (JAD001098);
- Spreadsheet showing ad and product revenues for 2018 and 2019 (JAD002107);
- Spreadsheet of balance sheets and income statements with adverting income 2014 – 2020 (JAD009057);
- Balance sheets and profit and loss statements with advertising income 2015 – 2018 (JAD009058–9062; JAD009088–9091; JAD009096–9099; JAD009120–9123);
- Spreadsheet of Jadoo cash detail March 2019 – May 2019 with advertising income (JAD009056).

For Interrogatory No. 6, regarding JadooTV's discussions of the South Asian Super Pack, responsive documents include correspondence from O'Melveny & Myers LLP responding to DISH's letters regarding purportedly licensed material (see, e.g., JAD000152, JAD002286, JAD002532).[1] While the "South Asian Super Pack" is not specifically mentioned, discussion of South Asian content is found in the following documents:

- A market overview document describes the "South Asian content distribution market" (JAD008959);
- An email chain from 2018 mentions a weekly meeting to go over the content promotion plan including "South Asian" content (JAD000373);
- An email from 2019 regarding advertising includes a statement regarding target audiences, including a "South Asian Package" (JAD022667).

Regarding Interrogatory Nos. 7, 11, and 14, DISH requested that Defendants review their responses to determine if the responses should be supplemented. For Interrogatory No. 7, regarding discussions of the Protected Channels[2], Defendants identified the following documents reflecting communications:

- Emails regarding Apple's notice of complaint (JAD000160; JAD000461; JAD008345; JAD008446; JAD008453; JAD008459; JAD008466; JAD008473; JAD008480; JAD008692; JAD008694; JAD008856; JAD008862; JAD008863; JAD008869);

---

[1] Additional Bates stamped documents are identified in the first bullet point discussing Interrogatory No. 14, *infra*.
[2] "Protected Channels" as defined in DISH's Amended Complaint (ECF No. 194), include: Aaj Tak; ARY Digital; ARY News; ATN Bangla; ATN News; B4U Music; Channel-i; Dunya TV(a/k/a/ Dunya News); Express Entertainment; Express News; Geo News; Geo TV; Hum Masala; Hum Sitaray; Hum TV; Hum World; India Today (a/k/a/ Headlines Today); NTV Bangla; SAB, SET (a/k/a Sony SET), SET MAX; and Times Now.

CHAN +
PUNZALAN

- Availability of Aaj Tak on Jadoo Box & communications with India Today Group Digital in 2015 (JAD008948);
- Meetings with ARY Digital Network North America and other networks in 2017 (JAD000309);
- Email comparing Ary and Hum applications in 2018 (JAD000375);
- Email regarding mobile application mockups (JAD000385);
- Ads on ARY Digital channel in 2018 (JAD000906);
- Emails regarding YouTube in 2018 (JAD000292);
- Emails with ARY Digital in 2018 (JAD008883);
- Emails regarding script for advertisers that mentions Hum and ARY (JAD009124);
- Emails regarding missing channels in 2019 (JAD005757);
- JadooTV's March 2016 confidential memorandum (JAD001041; JAD013059; JAD013060);
- Release notes regarding Jadoo4 Android Native Box Version 2.2.2.1 Alpha 1 (JAD007442; JAD007443; JAD007444);
- Service order including ARY News in list of channels for services (JAD000933);
- JadooTV content strategy (JAD009047);
- Email chain discussing channels (JAD006659);
- JadooTV presentation "Welcome to the next generation of TV advertising" (JAD009737–9776);
- Spreadsheet with a tab of "firmware" removing Dunya application (JAD011873).

For Interrogatory No. 11, the following Bates numbered documents identify JadooTV's IP addresses and servers: JAD0000170; JAD000406; JAD000409; JAD000467; JAD000492; JAD000495; JAD001608 (emails with StackPath in 2019); JAD002440; JAD006659; JAD007440; JAD007501 & 7506 (email from 2015 with IP addresses attached); JAD012331; JAD022583.

For Interrogatory No. 14, the following documents identify communications that JadooTV received and responded to regarding requests to stop transmitting or providing access to a channel or program:

- Communications to/from/regarding DISH (JAD000084, JAD000110, JAD000136, JAD000152, JAD000159, JAD000160, JAD000292, JAD000461; JAD001441; JAD001442; JAD001468–1469; JAD002108; JAD002239; JAD002265; JAD002286; JAD002532; JAD008345; JAD008446; JAD008453; JAD008459; JAD008466; JAD008473; JAD008480; JAD008496; JAD008692; JAD008694; JAD008856; JAD008862; JAD008863; JAD008869; JAD008872; JAD008874; JAD008883; JAD008938);

# CHAN + PUNZALAN

- Emails from MarkScan (JAD000127; JAD001196; JAD001265; JAD001613; JAD008850; JAD001196; JAD001265; JAD001613);
- Email from Instagram (JAD000054);
- Emails to/from StackPath (JAD000406; JAD000409);
- Emails from Rockville Technologies (JAD00072);
- Emails to/from Akamai (JAD00467; JAD000492; JAD000495).

As agreed in previous meet and confers, Defendants reviewed their responses to Requests for Production Nos. 106-107, 112[3], and 120–122. For RFP No. 106, we searched the documents produced and cannot locate any responsive documents referencing Peter May, pmay360, pmay360@gmail.com, or rayred@gmail.com. Similarly, for RFP No. 107, we searched the documents produced and cannot locate any responsive documents referencing ali85one or ali85one@gmail.com. Defendants are confirming there are no responsive documents.

For RFP No. 120–121, Defendants are searching for responsive documents that identify the total number or percentage of U.S. users who accessed the South Asian Super Pack and Protected Channels on a daily, weekly, or monthly basis from Jan. 2016 through Oct. 2022.

For RFP No. 122, we searched the documents JadooTV produced and cannot locate any responsive documents referencing the arrest, prosecution, or investigation of Kashif Ali Khan, Jagadishwara Chari, N. Sai Kumar, or JB Meghanandan.

Defendants are searching for the written agreement between JadooTV and IDC regarding video-on-demand and live streaming services and will produce it when it is located.

Sincerely,

A. Chowning Poppler

---

[3] This is a request to identify all email addresses of Haseeb Shah. Defendants have disclosed that Mr. Shah's email addresses included haseeb.shah@jadootv.com, noc@jadootv.com, and nocoperations@jadootv.com. Issues related to Mr. Shah's emails have been presented to and resolved by the Court (ECF Nos. 224 and 225).