Timothy M. Frank (CA Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (*pro hac vice*)
joe.boyle@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (CA Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

*Attorneys for Plaintiff DISH Network L.L.C.*

Additional counsel on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case Number: 3:20-cv-01891-CRB (LB) |
| Plaintiff, | **STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**: ORDER |
| vs. | |
| JADOO TV, INC., et al., | Judge: Hon. Charles R. Breyer |
| Defendants. | |

This stipulation is filed jointly by Plaintiff DISH Network L.L.C ("DISH") and Defendants Jadoo TV, Inc. and Sajid Sohail. DISH and Defendants request that the Court enter a final judgment and permanent injunction against Defendants.

## I.   Nature of the Case

This is a copyright infringement case in which DISH sued Defendants Sajid Sohail and Jadoo TV, Inc. ("Jadoo"), a company that sells set-top boxes and mobile applications that consumers use to receive television channels and video-on-demand content. On June 3, 2023, the Court granted DISH's motion for summary judgment finding no genuine dispute of material facts as to Defendants Jadoo TV, Inc. and Sajid Sohail's liability for direct, contributory, and vicarious copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501. (Dkt. 270.) More specifically, the Court found that Defendants transmitted television channels and content exclusively licensed to DISH ("Works"). (*Id.*) The Court also found that Sajid Sohail was personally liable for the infringement because, as Jadoo's founder, CEO, director, and majority shareholder, he was the "guiding spirit" behind the infringement. (*Id.*) On August 28, 2023, the parties submitted joint briefing on damages, entitlement to attorney's fees and costs, and injunctive relief. (Dkt. 277.)

## II.   Relief Requested

DISH and Defendants agree that a final judgment should be entered for DISH on Counts I, II, and III of the Amended Complaint (Dkt. 194) for direct, contributory, and vicarious copyright infringement under 17 U.S.C. § 501. DISH and Defendants also agree that damages should be awarded to DISH in the amount of $24,969,911, consisting of statutory damages of $14,550,000 for 97 registered Works (calculated at $150,000 per Work) and Defendants' profits of $10,419,911 for 159 unregistered Works. 17 U.S.C. § 504(b), (c)(2). In addition, DISH and Defendants agree to the Court's entry of a permanent injunction, which is authorized pursuant to 17 U.S.C. § 502. A proposed final judgment and permanent injunction is being submitted concurrently with this stipulation.

| | | |
|---|---|---|
| 1 | Dated: November 27, 2024 | /s/ Stephen M. Ferguson |
| 2 | | Stephen M. Ferguson (*pro hac vice*) |
| | | stephen.ferguson@hnbllc.com |
| 3 | | Joseph H. Boyle (*pro hac vice*) |
| | | joe.boyle@hnbllc.com |
| 4 | | Timothy M. Frank (CA Bar No. 263245) |
| | | timothy.frank@hnbllc.com |
| 5 | | HAGAN NOLL & BOYLE LLC |
| | | 820 Gessner, Suite 940 |
| 6 | | Houston, Texas 77024 |
| 7 | | Telephone: (713) 343-0478 |
| 8 | | David A. Van Riper (CA Bar No. 128059) |
| | | dave@vanriperlaw.com |
| 9 | | VAN RIPER LAW |
| | | 1254 Irvine Blvd., Suite 200 |
| 10 | | Tustin, California 92780-3571 |
| 11 | | Telephone: (714) 731-1800 |
| 12 | | *Attorneys for Plaintiff DISH Network L.L.C.* |

/s/ Amjad M. Khan
Amjad M. Khan (CA Bar No. 237325)
amjad.khan@bnsklaw.com
Patricia E. Tenenbaum (CA Bar No. 258916)
patricia@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890

*Attorneys for Defendants JadooTV, Inc. and Sajid Sohail*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h), the undersigned attests that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Stephen M. Ferguson
Stephen M. Ferguson

Stipulation for Entry of Final Judgment and Permanent Injunction – Case No. 3:20-cv-01891-CRB (LB)
3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 20-cv-01891-CRB |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| JADOO TV, INC., et al., | |
| Defendants. | |

Having considered the Stipulation for Entry of Final Judgment and Permanent Injunction filed by Plaintiff DISH Network L.L.C ("DISH") and Defendants Jadoo TV, Inc. and Sajid Sohail, and good cause appearing, the Court approves the stipulation and ORDERS as follows:

1.  On June 3, 2023, the Court granted DISH's motion for summary judgment finding no genuine dispute of material facts as to Defendants Jadoo TV, Inc. and Sajid Sohail's liability for direct, contributory, and vicarious copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501. (Dkt. 270.)

2.  Judgment is entered for DISH and against Defendants Jadoo TV, Inc. and Sajid Sohail on Counts I, II, and III of the Amended Complaint (Dkt. 194) for direct, contributory, and vicarious copyright infringement under the Copyright Act, 17 U.S.C. § 501.

3.  DISH is awarded damages of $24,969,911 against Defendants Jadoo TV, Inc. and Sajid Sohail, consisting of statutory damages of $14,550,000 for 97 of DISH's registered

1  copyrighted works that Defendants willfully infringed (calculated at $150,000 per work) and Defendants' profits of $10,419,911 for 159 of DISH's unregistered copyrighted works that Defendants infringed. 17 U.S.C. § 504(b), (c)(2). Defendants shall be jointly and severally liable to DISH for the damages award.

4. Upon receiving actual notice of this order by personal service or otherwise, Defendants Jadoo TV, Inc. and Sajid Sohail, along with their officers, agents, servants, employees, and any other persons that are acting in active concert or participation with any of the foregoing, are permanently enjoined from:

  a. publicly performing in the United States any works that air on the ATN Bangla, ATN News, NTV Bangla, SAB, Sony SET, SET MAX, and Times Now channels during any time period that DISH has the exclusive right to publicly perform such works;

  b. materially contributing to or inducing the public performance of any such works in the United States, including by providing any streaming service or streaming device knowing that such works are accessible using that service or device; and

  c. receiving any financial benefit from the public performance of such works in the United States, including through subscription fees or advertising revenue, if they had the right and ability to control that public performance of such works.

5. This permanent injunction takes effect immediately.

6. Each party is to bear its own attorneys' fees and costs.

7. The Court retains jurisdiction for the purpose of enforcing this permanent injunction.

**IT IS SO ORDERED.**

Dated: December 2, 2024

CHARLES R. BREYER
United States District Judge